IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 SEP 25 PM 4:44

| | | |
|---|---|---|
| THE ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., <br> PLAINTIFF, | § § § § | |
| V. | § § | CIVIL NO. A-08-CV-675-LY |
| THE TEXAS MEDICAL BOARD, ROBERTA M. KALAFUT, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY; LAWRENCE L. ANDERSON, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; MICHAEL ARAMBULA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; JULIE K. ATTEBURY, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY; JOSE BENAVIDES, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; PATRICIA S. BLACKWELL, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY; MELINDA S. FREDRICKS, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY; MANUAL G. GUARJARDO, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AMANULLAH KAHN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; MELINDA MCMICHAEL, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY; MARGARET MCNEESE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY; CHARLES E. OSWALT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; LARRY PRICE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; ANNETTE P. RAGGETT, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY; PAULETTE BARKER SOUTHARD, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY; TIMOTHY J. TURNER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; TIMOTHY WEBB, INDIVIDUALLY | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |

```
AND IN HIS OFFICIAL CAPACITY;         §
IRVIN E. ZEITLER, INDIVIDUALLY        §
AND IN HIS OFFICIAL CAPACITY;         §
DONALD PATRICK, INDIVIDUALLY          §
AND IN HIS OFFICIAL CAPACITY;         §
AND JOHN DOES 1-10, WHO ARE           §
WORKING FOR THE TEXAS                 §
MEDICAL BOARD, INDIVIDUALLY           §
AND IN THEIR OFFICIAL CAPACITIES,     §
            DEFENDANTS.               §
```

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, by separate Order the Court dismissed all of Plaintiff's claims alleged against all Defendants in this cause. As all disputes in this action have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Plaintiff The Association of American Physicians & Surgeons, Inc.'s claims are **DISMISSED** as described in this Court's Order rendered this day.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

SIGNED this 25th day of September, 2009.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

2